150 N.J. Super. 122 (1977)
374 A.2d 1259
A.S., PLAINTIFF-RESPONDENT,
v.
B.S., DEFENDANT-APPELLANT.
Superior Court of New Jersey, Appellate Division.
Argued May 16, 1977.
Decided May 31, 1977.
Before Judges FRITZ, ARD and PRESSLER.
Mr. Ira F. Back argued the cause for the appellant.
Mr. George Warren, Guardian ad Litem, argued the cause pro se.
PER CURIAM.
The judgment of the Superior Court, Chancery Division, is affirmed substantially for the reasons set forth in the opinion of Judge Lowengrub.